# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Patricia Sandifer,<br><br>        Plaintiff,<br><br>v.<br><br>Trans Union LLC, et al.<br><br>        Defendants. | Case No.: 1:20-cv-06410<br><br>Honorable John Z. Lee |

## STIPULATION OF DISMISSAL AS TO DEFENDANT BARCLAYS BANK DELAWARE WITH PREJUDICE AND WITHOUT COSTS

Plaintiff and Defendant Barclays Bank Delaware ("Barclays"), as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Barclays only, with prejudice and without attorney's fees or costs to any party.

                                            Respectfully Submitted,

March 16, 2021                 /s/ Brian J. Olszewski
                                        Brian J. Olszewski
                                        Law Offices of Michael Lee Tinaglia, Ltd.
                                        444 N. Northwest Hwy Ste 350
                                        Park Ridge, IL 60068
                                        Telephone: (847) 692-0421
                                        bolszewski@tinaglialaw.com
                                        *Counsel for Plaintiff,*
                                        *Patricia Sandifer*

                                        /s/ Christopher R. Murphy
                                        Christopher R. Murphy
                                        Holland & Knight LLP
                                        150 N. Riverside Plaza, Suite 2700
                                        Chicago, IL  60606
                                        Chris.murphy@hklaw.com
                                        *Counsel for Defendant,*
                                        *Barclays Bank Delaware*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2021, I electronically filed a copy of the foregoing paper and this Certificate of Service with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Brian J. Olszewski

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Patricia Sandifer,<br><br>      Plaintiff,<br><br>    v.<br><br>Trans Union LLC, et. al.,<br><br>      Defendants. | Case No.: 1:20-cv-06410 |

## ORDER OF DISMISSAL
## WITH PREJUDICE AS TO DEFENDANT BARCLAYS BANK DELAWARE ONLY

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Barclays Bank Delaware only, are hereby dismissed with prejudice and without fees or costs to any party. The Clerk of the Court shall terminate Defendant Barclays Bank Delaware as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: _____

                                                _____
                                                Judge of United States District Court