## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Patricia Sandifer
                              Plaintiff,

v.                                                             Case No.: 1:20−cv−06410
                                                                  Honorable John Z. Lee

Trans Union LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 17, 2021:

       MINUTE entry before the Honorable John Z. Lee: Pursuant to the stipulation of dismissal [40], Defendant Barclays Bank Delaware is dismissed with prejudice, with each party to bear its own fees and costs. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.